Eastern District of Kentucky
**FILED**

MAR 14 2016

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Civil Action No. 11-334-HRW

THE OHIO CASUALTY COMPANY,     PLAINTIFF,

v.     **JUDGMENT**

BARBARA COX, *et al.*,     DEFENDANTS.

In conformity with the jury's verdict and per the parties' damage stipulation, **IT IS ORDERED** that **JUDGMENT** be entered in favor of Plaintiff The Ohio Casualty Company and against Defendant Barbara Cox, Individually and as Administratrix for the Estate of David Cox in the amount of **$759,997.44** in losses and **$ 100,000.00** in expenses and costs, for a total award of **$ 859,997.44**. These totals are awarded against Defendant Barbara Cox, Individually and as Administratrix for the Estate of David Cox, and are immediately due and payable by her to Plaintiff.

**IT IS FURTHER ORDERED** that this matter be **DISMISSED** and stricken from the active docket of this Court.

This 14th day of March, 2016.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge